**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **STEVEN JOHNSON**                    :              **CHAPTER 13**
                                                          :
        **Debtor**                                  :              **NO. 21-11487**

## ORDER

AND NOW, this      10th        day of       June        2021, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an extension to **July 9, 2021** in which to file the

Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE