| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000220094 | 1 |

## Earnings Statement 

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:   05/23/2021
Period Ending:      05/29/2021
Pay Date:           06/03/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
 Federal:   3
 PA:        N/A

STEVEN   JOHNSON
38 GREEN ST.
MORRISVILLE   PA 19067

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.0000 | 24.00 | 480.00 | 15,849.48 |
| Sick | 20.0000 | 8.00 | 160.00 | 346.72 |
| Vacation | 20.0000 | 8.00 | 160.00 | 1,140.24 |
| Overtime | | | | 622.63 |
| **Gross Pay** | | | **$800.00** | 19,187.74 |

Your PA taxable wages this period are $766.65

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Life Insurance | 0.76 | 14.92 |
| Totl Hrs Worked | 40.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -28.47 | 932.00 |
| Social Security Tax | -47.58 | 1,145.08 |
| Medicare Tax | -11.13 | 267.80 |
| PA State Income Tax | -23.54 | 566.59 |
| NJ SUI Tax | -3.40 | 81.55 |
| NJ SDI Tax | -3.76 | 90.18 |
| NJ Paid Family Leave Ins | -2.24 | 53.73 |

Other
| | | |
|---|---|---|
| Med Ins | -33.35* | 733.70 |
| 401K Loan 1 | -47.08 | 235.40 |
| **Net Pay** | **$599.45** | |
| Checking | -549.45 | |
| Saving | -50.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $767.41

© 2000 ADP, LLC

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:   00000220094
Pay date:        06/03/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | XXXX XXXX | $549.45 |
| x2069 | XXXX XXXX | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO.  | FILE   | DEPT. | CLOCK | VCHR. NO. |   |
|------|--------|-------|-------|-----------|---|
| UQL  | 003636 | 230   |       | 00002100097 | 1 |

## Earnings Statement 

HUTCHINSON INDUSTRIES  
460 SOUTHARD STREET  
TRENTON, NJ 08638

Period Beginning: 05/16/2021  
Period Ending: 05/22/2021  
Pay Date: 05/27/2021

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 3  
  PA: N/A

STEVEN JOHNSON  
38 GREEN ST.  
MORRISVILLE PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.0000 | 32.00 | 640.00 | 15,369.48 |
| Vacation | 20.0000 | 8.00 | 160.00 | 980.24 |
| Overtime | | | | 622.63 |
| Sick | | | | 186.72 |
| **Gross Pay** | | | **$800.00** | 18,387.74 |

Your PA taxable wages this period are $766.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Life Insurance | 0.76 | 14.16 |
| Totl Hrs Worked | 40.00 | |

**Important Notes**  
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.47 | 903.53 |
| | Social Security Tax | -47.58 | 1,097.50 |
| | Medicare Tax | -11.12 | 256.67 |
| | PA State Income Tax | -23.54 | 543.05 |
| | NJ SUI Tax | -3.40 | 78.15 |
| | NJ SDI Tax | -3.76 | 86.42 |
| | NJ Paid Family Leave Ins | -2.24 | 51.49 |
| | **Other** | | |
| | Med Ins | -33.35* | 700.35 |
| | 401K Loan 1 | -47.08 | 188.32 |
| | **Net Pay** | **$599.46** | |
| | Checking | -549.46 | |
| | Saving | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages  
Your federal taxable wages this period are $767.41

© 2000 ADP, LLC

HUTCHINSON INDUSTRIES  
460 SOUTHARD STREET  
TRENTON, NJ 08638

Advice number: 00000210097  
Pay date: 05/27/2021

Deposited to the account of  
STEVEN JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx xxxx | $549.46 |
| x2069 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| UQL | 003636 | 230 |  | 0000200098 | 1 |

## Earnings Statement 

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:   05/09/2021
Period Ending:      05/15/2021
Pay Date:           05/20/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   3
   PA:        N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.0000 | 38.00 | 760.00 | 14,729.48 |
| Sick | 20.0000 | 2.00 | 40.00 | 186.72 |
| Overtime |  |  |  | 622.63 |
| Vacation |  |  |  | 820.24 |
| **Gross Pay** |  |  | **$800.00** | 17,587.74 |

Your PA taxable wages this period are $766.65

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -28.47 | 875.06 |
|  | Social Security Tax | -47.58 | 1,049.92 |
|  | Medicare Tax | -11.13 | 245.55 |
|  | PA State Income Tax | -23.54 | 519.51 |
|  | NJ SUI Tax | -3.40 | 74.75 |
|  | NJ SDI Tax | -3.76 | 82.66 |
|  | NJ Paid Family Leave Ins | -2.24 | 49.25 |
|  | **Other** |  |  |
|  | Med Ins | -33.35* | 667.00 |
|  | 401K Loan 1 | -47.08 | 141.24 |
| **Net Pay** |  | **$599.45** |  |
|  | Checking | -549.45 |  |
|  | Saving | -50.00 |  |
| **Net Check** |  | **$0.00** |  |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Life Insurance | 0.76 | 13.40 |
| Totl Hrs Worked | 40.00 |  |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

\* Excluded from federal taxable wages
Your federal taxable wages this period are $767.41

© 2000 ADP, LLC

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:   00000200098
Pay date:        05/20/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx xxxx | $549.45 |
| x2069 | xxxx xxxx | $50.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000190100 | 1 |

## Earnings Statement 

HUTCHINSON  INDUSTRIES
460 SOUTHARD   STREET
TRENTON,  NJ 08638

Period Beginning: 05/02/2021
Period Ending:   05/08/2021
Pay Date:        05/13/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   3
   PA:        N/A

STEVEN  JOHNSON
38  GREEN ST.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.0000 | 40.00 | 800.00 | 13,969.48 |
| Overtime | 30.0000 | .75 | 22.50 | 622.63 |
| Sick | | | | 146.72 |
| Vacation | | | | 820.24 |
| **Gross Pay** | | | **$822.50** | 16,787.74 |

Your PA taxable wages this period are $789.15

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Life Insurance | 0.76 | 12.64 |
| Totl Hrs Worked | 40.75 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.72 | 846.59 |
| | Social Security Tax | -48.98 | 1,002.34 |
| | Medicare Tax | -11.46 | 234.42 |
| | PA State Income Tax | -24.23 | 495.97 |
| | NJ SUI Tax | -3.50 | 71.35 |
| | NJ SDI Tax | -3.86 | 78.90 |
| | NJ Paid Family Leave Ins | -2.31 | 47.01 |
| | **Other** | | |
| | Med Ins | -33.35* | 633.65 |
| | 401K Loan 1 | -47.08 | 94.16 |
| **Net Pay** | | **$617.01** | |
| | Checking | -567.01 | |
| | Saving | -50.00 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $789.91

© 2000 ADP, LLC

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:  00000190100
Pay date:       05/13/2021

Deposited to the account of
STEVEN   JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx xxxx | $567.01 |
| x2069 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000180100 | 1 |

## Earnings Statement 

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:   04/25/2021
Period Ending:      05/01/2021
Pay Date:           05/06/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
 Federal:  3
 PA:       N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.0000 | 40.00 | 800.00 | 13,169.48 |
| Overtime | | | | 600.13 |
| Sick | | | | 146.72 |
| Vacation | | | | 820.24 |
| **Gross Pay** | | | **$800.00** | 15,965.24 |

Your PA taxable wages this period are $766.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Life Insurance | 0.76 | 11.88 |
| Totl Hrs Worked | 40.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.47 | 815.87 |
| | Social Security Tax | -47.58 | 953.36 |
| | Medicare Tax | -11.12 | 222.96 |
| | PA State Income Tax | -23.54 | 471.74 |
| | NJ SUI Tax | -3.40 | 67.85 |
| | NJ SDI Tax | -3.76 | 75.04 |
| | NJ Paid Family Leave Ins | -2.24 | 44.70 |
| | **Other** | | |
| | Med Ins | -33.35* | 600.30 |
| | 401K Loan 1 | -47.08 | 47.08 |
| | **Net Pay** | **$599.46** | |
| | Checking | -549.46 | |
| | Saving | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $767.41

© 2000 ADP, LLC

---

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:   00000180100
Pay date:        05/06/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | XXXX XXXX | $549.46 |
| x2069 | XXXX XXXX | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| UQL | 003636 | 230 |  | 0000170194 | 1 |

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:  04/18/2021
Period Ending:     04/24/2021
Pay Date:          04/29/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   3
  PA:        N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.0000 | 32.00 | 640.00 | 11,277.20 |
| Overtime    | 30.0000 |  9.00 | 270.00 |    600.13 |
| Vacation    | 20.0000 |  8.00 | 160.00 |    820.24 |
| Sick        |         |       |        |    146.72 |
| **Gross Pay** | | | **$1,070.00** | 14,072.96 |

Your PA taxable wages this period are $1,036.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Life Insurance | 0.76 | 10.36 |

**Deductions**

Statutory
| Federal Income Tax       | -58.91 | 647.33 |
| Social Security Tax      | -64.31 | 838.01 |
| Medicare Tax             | -15.05 | 195.99 |
| PA State Income Tax      | -31.83 | 414.67 |
| NJ SUI Tax               |  -4.55 |  59.81 |
| NJ SDI Tax               |  -5.03 |  66.14 |
| NJ Paid Family Leave Ins |  -2.99 |  39.40 |

Other
| Med Ins | -33.35* | 566.95 |

**Net Pay**   **$853.98**
Checking    -803.98
Saving       -50.00
**Net Check**   **$0.00**

**Important Notes**

YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 18.3400 TO 20.0000.

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,037.41

© 2000 ADP, LLC

---

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:  00000170194
Pay date:       04/29/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx xxxx | $803.98 |
| x2069     | xxxx xxxx |  $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000160099  1 |

## Earnings Statement

**ADP**

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning: 04/11/2021
Period Ending: 04/17/2021
Pay Date: 04/22/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.3400 | 36.00 | 660.24 | 10,637.20 |
| Vacation | 18.3400 | 4.00 | 73.36 | 660.24 |
| Overtime | | | | 330.13 |
| Sick | | | | 146.72 |
| **Gross Pay** | | | **$733.60** | 13,002.96 |

Your PA taxable wages this period are $700.25

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Life Insurance | 0.60 | 9.60 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -21.82 | 588.42 |
| | Social Security Tax | -43.46 | 773.70 |
| | Medicare Tax | -10.16 | 180.94 |
| | PA State Income Tax | -21.50 | 382.84 |
| | NJ SUI Tax | -3.12 | 55.26 |
| | NJ SDI Tax | -3.44 | 61.11 |
| | NJ Paid Family Leave Ins | -2.06 | 36.41 |
| | Other | | |
| | Med Ins | -33.35* | 533.60 |
| | **Net Pay** | **$594.69** | |
| | Checking | -544.69 | |
| | Saving | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $700.85

© 2000 ADP, LLC

---

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number: 00000160099
Pay date: 04/22/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx xxxx | $544.69 |
| x2069 | xxxx xxxx | $50.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000150102 | 1 |

# Earnings Statement 

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:  04/04/2021
Period Ending:     04/10/2021
Pay Date:          04/15/2021

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 3
   PA:      N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.3400 | 40.00 | 733.60 | 9,976.96 |
| Overtime | 27.5100 | 2.50 | 68.78 | 330.13 |
| Sick | | | | 146.72 |
| Vacation | | | | 586.88 |
| **Gross Pay** | | | **$802.38** | 12,269.36 |

Your PA taxable wages this period are $769.03

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Life Insurance | 0.60 | 9.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.69 | 566.60 |
| | Social Security Tax | -47.71 | 730.24 |
| | Medicare Tax | -11.16 | 170.78 |
| | PA State Income Tax | -23.61 | 361.34 |
| | NJ SUI Tax | -3.41 | 52.14 |
| | NJ SDI Tax | -3.78 | 57.67 |
| | NJ Paid Family Leave Ins | -2.24 | 34.35 |
| | **Other** | | |
| | Med Ins | -33.35* | 500.25 |
| | **Net Pay** | **$648.43** | |
| | Checking | -598.43 | |
| | Saving | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $769.63

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:  00000150102
Pay date:       04/15/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx xxxx | $598.43 |
| x2069 | xxxx xxxx | $50.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

© 2000 ADP, LLC

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| UQL | 003636 | 230 |  | 0000140102 | 1 |

## Earnings Statement 

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:  03/28/2021
Period Ending:     04/03/2021
Pay Date:          04/08/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    3
  PA:         N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.3400 | 20.00 | 366.80 | 9,243.36 |
| Overtime | 27.5100 | 2.50 | 68.78 | 261.35 |
| Holiday | 18.3400 | 8.00 | 146.72 |  |
| Vacation | 18.3400 | 12.00 | 220.08 | 586.88 |
| Sick |  |  |  | 146.72 |
| **Gross Pay** |  |  | **$802.38** | 11,466.98 |

Your PA taxable wages this period are $769.03

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Life Insurance | 0.60 | 8.40 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -28.69 | 537.91 |
| Social Security Tax | | -47.72 | 682.53 |
| Medicare Tax | | -11.16 | 159.62 |
| PA State Income Tax | | -23.61 | 337.73 |
| NJ SUI Tax | | -3.41 | 48.73 |
| NJ SDI Tax | | -3.77 | 53.89 |
| NJ Paid Family Leave Ins | | -2.25 | 32.11 |
| **Other** | | | |
| Med Ins | | -33.35* | 466.90 |
| **Net Pay** | | **$648.42** | |
| Checking | | -598.42 | |
| Saving | | -50.00 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $769.63

© 2000 ADP, LLC

---

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:  00000140102
Pay date:       04/08/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxx2423 | xxxx | xxxx | $598.42 |
| x2069 | xxxx | xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. |  |
|---|---|---|---|---|---|
| UQL | 003636 | 230 |  | 0000130104 | 1 |

# Earnings Statement 

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:    03/21/2021
Period Ending:       03/27/2021
Pay Date:            04/01/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:    3
   PA:         N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.3400 | 40.00 | 733.60 | 8,876.56 |
| Overtime |  |  |  | 192.57 |
| Sick |  |  |  | 146.72 |
| Vacation |  |  |  | 366.80 |
| **Gross Pay** |  |  | **$733.60** | 10,664.60 |

Your PA taxable wages this period are $700.25

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Life Insurance | 0.60 | 7.80 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -21.82 | 509.22 |
|  | Social Security Tax | -43.45 | 634.81 |
|  | Medicare Tax | -10.16 | 148.46 |
|  | PA State Income Tax | -21.50 | 314.12 |
|  | NJ SUI Tax | -3.11 | 45.32 |
|  | NJ SDI Tax | -3.44 | 50.12 |
|  | NJ Paid Family Leave Ins | -2.05 | 29.86 |
|  | **Other** |  |  |
|  | Med Ins | -33.35* | 433.55 |
|  | **Net Pay** | **$594.72** |  |
|  | Checking | -544.72 |  |
|  | Saving | -50.00 |  |
|  | **Net Check** | **$0.00** |  |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $700.85

© 2000 ADP, LLC

---

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:   00000130104
Pay date:        04/01/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxx2423 | xxxx | xxxx | $544.72 |
| x2069 | xxxx | xxxx | $50.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings Statement 

| CO. | FILE | DEPT | CLOCK | VOUCHER |
|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000120103  1 |

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning: 03/14/2021
Period Ending:    03/20/2021
Pay Date:         03/25/2021

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 3
    PA:      N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.3400 | 37.00 | 678.58 | 8,142.96 |
| Sick | 18.3400 | 3.00 | 55.02 | 146.72 |
| Overtime | | | | 192.57 |
| Vacation | | | | 366.80 |
| **Gross Pay** | | | **$733.60** | 9,931.00 |

Your PA taxable wages this period are $700.25

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Life Insurance | 0.60 | 7.20 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -21.82 | 487.40 |
| | Social Security Tax | -43.46 | 591.36 |
| | Medicare Tax | -10.16 | 138.30 |
| | PA State Income Tax | -21.50 | 292.62 |
| | NJ SUI Tax | -3.12 | 42.21 |
| | NJ SDI Tax | -3.45 | 46.68 |
| | NJ Paid Family Leave Ins | -2.06 | 27.81 |
| | **Other** | | |
| | Med Ins | -33.35* | 400.20 |
| | **Net Pay** | **$594.68** | |
| | Checking | -544.68 | |
| | Saving | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $700.85

© 2000 ADP, LLC

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number: 00000120103
Pay date:      03/25/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxx2423 | xxxx | xxxx | $544.68 |
| x2069 | xxxx | xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000110102 | 1 |

# Earnings Statement 

HUTCHINSON   INDUSTRIES
460  SOUTHARD    STREET
TRENTON,   NJ  08638

| | |
|---|---|
| Period Beginning: | 03/07/2021 |
| Period Ending: | 03/13/2021 |
| Pay Date: | 03/18/2021 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:       3
   PA:           N/A

STEVEN   JOHNSON
38  GREEN  ST.
MORRISVILLE   PA  19067

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.3400 | 40.00 | 733.60 | 7,464.38 |
| Overtime | | | | 192.57 |
| Sick | | | | 91.70 |
| Vacation | | | | 366.80 |
| **Gross Pay** | | | **$733.60** | 9,197.40 |

Your PA taxable wages this period are $700.25

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Life Insurance | 0.60 | 6.60 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

**Deductions**   Statutory

| | | |
|---|---|---|
| Federal Income Tax | -21.82 | 465.58 |
| Social Security Tax | -43.45 | 547.90 |
| Medicare Tax | -10.16 | 128.14 |
| PA State Income Tax | -21.50 | 271.12 |
| NJ SUI Tax | -3.12 | 39.09 |
| NJ SDI Tax | -3.45 | 43.23 |
| NJ Paid Family Leave Ins | -2.05 | 25.75 |

Other
| Med Ins | -33.35* | 366.85 |
|---|---|---|
| **Net Pay** | **$594.70** | |
| Checking | -544.70 | |
| Saving | -50.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $700.85

© 2000 ADP, LLC

---

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

| Advice number: | 00000110102 |
|---|---|
| Pay date: | 03/18/2021 |

Deposited to the account of
STEVEN  JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx xxxx | $544.70 |
| x2069 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UQL | 003636 | 230 | | 0000100103 | 1 |

# Earnings Statement 

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Period Beginning:  02/28/2021
Period Ending:     03/06/2021
Pay Date:          03/11/2021

Taxable Marital Status:  Married
Exemptions/Allowances:
 Federal:  3
 PA:       N/A

STEVEN JOHNSON
38 GREEN ST.
MORRISVILLE   PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.3400 | 28.00 | 513.52 | 6,730.78 |
| Vacation    | 18.3400 | 12.00 | 220.08 | 366.80 |
| Overtime    |         |       |        | 192.57 |
| Sick        |         |       |        | 91.70 |
| **Gross Pay** | | | **$733.60** | 8,463.80 |

Your PA taxable wages this period are $700.25

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Life Insurance | 0.60 | 6.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 609-394-1010

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -21.82 | 443.76 |
| | Social Security Tax | -43.45 | 504.45 |
| | Medicare Tax | -10.17 | 117.98 |
| | PA State Income Tax | -21.50 | 249.62 |
| | NJ SUI Tax | -3.12 | 35.97 |
| | NJ SDI Tax | -3.45 | 39.78 |
| | NJ Paid Family Leave Ins | -2.06 | 23.70 |
| | **Other** | | |
| | Med Ins | -33.35* | 333.50 |
| | **Net Pay** | **$594.68** | |
| | Checking | -544.68 | |
| | Saving | -50.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
-Your federal taxable wages this period are $700.85

© 2000 ADP, LLC

HUTCHINSON INDUSTRIES
460 SOUTHARD STREET
TRENTON, NJ 08638

Advice number:  00000100103
Pay date:       03/11/2021

Deposited to the account of
STEVEN JOHNSON

| account number | transit  ABA | amount |
|---|---|---|
| xxxxx2423 | xxxx  xxxx | $544.68 |
| x2069     | xxxx  xxxx | $50.00  |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**