United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11487-mdc |
| Steven Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2022 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Johnson, 38 Green Street, Morrisville, PA 19067-1256 |
| 14626978 | + | Happy Money Inc., 1700 Flight Way, Tustin, Tustin, CA 92782-1839 |
| 14613941 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14610603 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 31 2022 23:41:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 14610602 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 31 2022 23:41:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14611630 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 31 2022 23:41:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14610607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2022 23:48:15 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14610606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2022 23:48:15 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14610604 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 31 2022 23:48:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14610605 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 31 2022 23:48:17 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14614646 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 31 2022 23:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14610609 | | Email/Text: camanagement@mtb.com | Mar 31 2022 23:41:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14610608 | | Email/Text: camanagement@mtb.com | Mar 31 2022 23:41:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14622148 | | Email/Text: camanagement@mtb.com | Mar 31 2022 23:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14610610 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 31 2022 23:41:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14610611 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 31 2022 23:41:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14620847 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2022 23:48:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14610612 | + | Email/Text: goalrealignment@payoff.zendesk.com | Mar 31 2022 23:41:00 | Payoff Inc, 3200 Park Center Dr Ste, Costa Mesa, CA 92626-7163 |

| | | | | |
|---|---|---|---|---|
| 14610613 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 23:48:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14610614 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 23:48:10 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Steven Johnson cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Steven Johnson support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Steven Johnson
        Debtor(s)                                   Chapter: 13

                                               Bankruptcy No: 21−11487−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 31, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Magdeline D. Coleman
                                                          Chief Judge ,
                                                          United States Bankruptcy Court

                                                                                        58 − 23
                                                                                        Form 155