# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    STEVEN JOHNSON            :    Chapter 13

          Debtor(s)            :

                                        :    Bankruptcy No. 21-11487

## CERTIFICATION OF NO RESPONSE

    I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

    On **September 14, 2022** a copy of Debtor's Motion to Modify Plan and Third Amended Plan, as well as the Notice of Motion, Response Deadline, and Hearing Date, was sent by regular mail to the addresses listed on the POC and if no POC was filed, then those listed on the docket.

    I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed order attached to the Motion.

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com