## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   STEVEN JOHNSON        :        CHAPTER 13
                               :
         Debtor                :        BANKRUPTCY NO. 21-11487-MDC

## **ORDER**

AND NOW, this 26th day of October 2022, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Third Amended Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE