## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven Johnson

                      Debtor

                            Chapter 13

M&T Bank

                    v.

Steven Johnson

                    and                        NO. 21-11487 MDC

Kenneth E. West Esq.

                      Trustee

### ORDER

AND NOW, this 20th day of March 2023, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 20, 2022 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 38 Green Street Morrisville, PA 19067.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.