# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 21-11487-MDC

STEVEN JOHNSON

38 GREEN STREET

MORRISVILLE, PA 19067

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEVEN JOHNSON

    38 GREEN STREET

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                          /S/ Kenneth E. West

Date: 4/27/2023                                _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee