United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 21-11487-mdc

Steven Johnson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Johnson, 38 Green Street, Morrisville, PA 19067-1256 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2023 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14610603 | + | Email/Text: rm-bknotices@bridgecrest.com | May 27 2023 00:56:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 14610602 | + | Email/Text: rm-bknotices@bridgecrest.com | May 27 2023 00:56:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14611630 | + | Email/Text: rm-bknotices@bridgecrest.com | May 27 2023 00:56:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14610607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 00:59:35 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14610606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 01:13:32 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14626978 | | Email/Text: goalrealignment@payoff.zendesk.com | May 27 2023 00:55:00 | Happy Money Inc., 1700 Flight Way, Tustin, Tustin, CA 92782 |
| 14610604 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 00:58:59 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14610605 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 00:59:30 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14614646 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 27 2023 00:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14610609 | | Email/Text: camanagement@mtb.com | May 27 2023 00:56:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14610608 | | Email/Text: camanagement@mtb.com | May 27 2023 00:56:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14622148 | | Email/Text: camanagement@mtb.com | May 27 2023 00:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14613941 | ^ | MEBN | May 27 2023 00:47:30 | M&T Bank, C/O KML Law Group, 701 Market |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 22

| | | | Street Suite 5000, Philadelphia, PA. 19106-1541 |
|---|---|---|---|
| 14610610 | + Email/Text: bankruptcy@marinerfinance.com | May 27 2023 00:56:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14610611 | + Email/Text: bankruptcy@marinerfinance.com | May 27 2023 00:56:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14620847 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14610612 | + Email/Text: goalrealignment@payoff.zendesk.com | May 27 2023 00:55:00 | Payoff Inc, 3200 Park Center Dr Ste, Costa Mesa, CA 92626-7163 |
| 14610613 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2023 00:58:59 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14610614 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2023 00:59:52 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Steven Johnson support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Chapter 13
STEVEN  JOHNSON

                        Debtor            Bankruptcy No. 21-11487-MDC

# O R D E R

    **AND NOW**, this _____25th_____ day of _____May_____, 2023, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** with regard to confirmed cases, any undisbursed funds held by the
Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s)
unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Debtor:
STEVEN  JOHNSON

38 GREEN STREET

MORRISVILLE, PA 19067